IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TRENA Y. LIDGE, #164709,       )
                               )
        Plaintiff,             )
                               )
    v.                         )        CASE NO. 2:14-CV-265-MEF
                               )              [WO]
                               )
EDWARD ELLINGTON,              )
                               )
        Defendant.             )

## RECOMMENDATION OF THE MAGISTRATE JUDGE

This case is before the court on a 42 U.S.C. § 1983 complaint filed by Trena Y. Lidge

["Lidge"], a state inmate, in which she challenges a disciplinary lodged against her for

insubordination while incarcerated at the Montgomery Women's Facility.  At the time she

filed this complaint, Lidge submitted an application for leave to proceed *in forma pauperis*.

However, Lidge did not submit the necessary financial information from the account clerk

at the Birmingham Work Release Center identifying the funds available in her inmate

account.  Thus, the court did not have the financial information necessary to determine

whether Lidge should be allowed to proceed without payment of an initial partial filing fee

and, therefore, entered an order requiring that Lidge provide the court with the necessary

financial documents. *Order of April 11, 2014 - Doc. No. 3*.  Lidge did not file a response to

this order within the time allowed by the court.  Consequently, a show cause order was

entered providing Lidge an opportunity to explain why she had failed to file a response and

advising her "that if she fails to file a response to the orders entered herein the undersigned will recommend that this case be dismissed for such failure." *Order of May 5, 2014 - Doc. No. 4*.  In response to this order, Lidge sought additional information from the court and an order was entered providing Lidge the requested information.  *Order of May 13, 2014 - Doc. No. 6*.

Lidge has failed to file the requisite financial information with the court in compliance with the orders entered in this case.  The court therefore concludes that this case is due to be dismissed for this failure.  *Moon v. Newsome,* 863 F.2d 835, 837 (11th Cir.1989) (As a general rule, where a litigant has been forewarned, dismissal for failure to obey a court order is not an abuse of discretion.); *see also Tanner v. Neal,* 232 Fed. Appx. 924 (11th Cir.2007) (affirming *sua sponte* dismissal without prejudice of inmate's § 1983 action for failure to file an amended complaint in compliance with court's prior order directing amendment and warning of consequences for failure to comply).

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for Lidge's failure to provide the court with necessary financial information in compliance with the orders of this court.

It is further

ORDERED that on or before June 20, 2014, the parties may file objections to the Recommendation.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to.  Frivolous, conclusive or general objections

will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.   *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); *Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); *Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

DONE, this 6th day of June, 2014.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE